**Opinion filed June 21, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00166-CR

_____

## IN RE ROBERT L. GREENE

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Robert L. Greene, has filed an application for writ of mandamus complaining of Hon. Ralph H. Walton Jr., Judge of the 355th District Court, with respect to relator's criminal proceedings.

TEX. GOV'T CODE ANN. § 22.221(b)(1) (West 2004) provides that each court of appeals for a court of appeals district may issue all writs of mandamus, agreeable to the principles of law regulating those writs, "against a judge of a district or county court in the court of appeals district." Hood County is not in the Eleventh Court of Appeals District.  TEX. GOV'T CODE ANN. § 22.201(*l*) (West Supp. 2011). Instead, Hood County is in the Second Court of Appeals District. *See* TEX. GOV'T CODE ANN. § 22.201(c) (West Supp. 2011). Therefore, we do not have jurisdiction to issue a writ of mandamus against the Judge of the 355th District Court of Hood County.

Accordingly, the petition for writ of mandamus is dismissed for want of jurisdiction.


June 21, 2012                                                    PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.